UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCKUSICK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No. 21-cv-07392-EMC<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at George Bailey Detention Facility in San Diego, California, filed this *pro se* civil rights action under 42 U.S.C. § 1983.  Docket No. 1.  Plaintiff complains of acts and omissions at his current place of detention, which is located in San Diego County, which lies within the Southern District of California.  In addition, Defendants work at the jail in San Diego County and appear to reside in the Southern District of California.  No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District.

Venue is proper where defendants reside, or where the events at issue occurred.  *See* 28 U.S.C. § 1391(b).  Venue therefore would be proper in the Southern District, and not in this one.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Southern District of California.  The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: December 10, 2021

_____
EDWARD M. CHEN
United States District Judge